AO 450 (Rev. 5/85) Judgment in a Civil Case

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

# JUDGMENT IN A CIVIL CASE

**MARK JOHNSON,**
**Petitioner,**

vs.                                                                                         Case Number:   **08-2107**

**TERRY MCCANN,**
**Respondent.**

☐ **DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of the respondent and against the petitioner.  Case terminated.

ENTER this 20th day of July 2009.

s/Pamela E. Robinson, Clerk
PAMELA E. ROBINSON, CLERK

s/K. Wynn
BY:  DEPUTY CLERK